# EXHIBIT K

FILED
5/1/2026 4:37 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

CAUSE No. CC-26-02717-A

| | | |
|---|---|---|
| **HARPER PARIS** | § | **IN THE COUNTY COURT** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **v.** | § | **COUNTY COURT AT LAW NO. 1** |
| | § | |
| **EXPERIAN INFORMATION** | § | |
| **SOLUTIONS, INC. MISSION LANE** | § | |
| **LLC, AND SOUTH EAST CLIENT** | § | |
| **SERVICES,** | § | **DALLAS COUNTY, TEXAS** |
| | § | |
| *Defendants.* | | |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ORIGINAL ANSWER

Defendant Experian Information Solutions, Inc. ("Experian") files this Original Answer to Harper Paris' ("Plaintiff") Petition.

### I. GENERAL DENIAL

Pursuant to Texas Rule of Civil Procedure 92, Experian generally denies each of the allegations contained in the Petition and requests that this Court require Plaintiff to prove such allegations by strict proof of the evidence as required by the TEXAS CONSTITUTION and by the statutes, laws, and RULES OF CIVIL PROCEDURE of the State of Texas.

### II. AFFIRMATIVE DEFENSES

1.    In accordance with Rule 94 of the TEXAS RULES OF CIVIL PROCEDURE, Experian asserts the following affirmative defenses in response to the claims and allegations raised in the Petition, but does not assume the burden of proof or persuasion on any such defenses, except as required by applicable law with respect to the particular defense asserted. Experian further asserts

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE


that it will rely upon all defenses lawfully available that may be disclosed by the evidence and reserves the right to amend this Answer to state such defenses.

2.      Plaintiff's Petition fails to state, in whole or in part, a claim upon which relief can be granted.

3.      Plaintiff's claims against Experian are barred, in whole or in part, because Plaintiff failed to mitigate damages.

4.      Plaintiff's claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

5.      Plaintiff's claims against Experian are barred by laches.

6.      Plaintiff's recovery against Experian is barred, in whole or in part, by contributory negligence.

7.      Plaintiff's claims against Experian may be barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p and TEX. CIV. PRAC. & REM. CODE § 16.002(a).

8.      Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages.

9.      Plaintiff's claims are barred, in whole or in part, by the doctrines of release, waiver, estoppel, and/or unclean hands, and/or pursuant to TEX. R. CIV. P. 11.

### III. PRAYER FOR RELIEF

WHEREFORE, having answered Plaintiff's Petition and having raised its affirmative defenses, Experian respectfully prays for relief as follows:

(i)      that the Court deny each and every claim, cause of action, and request for damages by the Plaintiff against Experian;



TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

(ii)    dismissal of all claims against Experian by the Plaintiff with prejudice and without costs;

(iii)    granting a take-nothing judgment in Experian's favor;

(iv)    that Experian be granted an award of all allowable damages;

(v)    an award to Experian of its attorneys' fees and costs to the full extent permitted by law; and

(vi)    that Experian be granted any other legal or equitable relief to which it may be entitled.

Date: May 1, 2026

/s/ Vincent J. Hess
Vincent J. Hess
Vince.hess@troutman.com
Texas Bar No. 09549417
TROUTMAN PEPPER LOCKE LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8000
Facsimile: (214 740-8800

*Counsel for Defendant Experian Information Solutions Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the May 1, 2026, a true and correct copy of the foregoing was electronically filed and served on all counsel of record in accordance with the Texas Rules of Civil Procedure and by U.S. Mail to the following:

Harper Paris, Plaintiff *Pro Se*
1710 Keller Parkway 9602
Keller, TX 76248
Harperparis0826@gmail.com

/s/ Vincent J. Hess
Vincent J. Hess



TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Pat Wagner on behalf of Vincent Hess
Bar No. 9549417
liaison.court@troutman.com
Envelope ID: 114396002
Filing Code Description: Ody - Original Answer - General Denial
Filing Description: DEFENDANT EXPERIAN INFORMATION
SOLUTIONS, INC.???S ORIGINAL ANSWER
Status as of 5/6/2026 9:46 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Vincent JHess | | Vince.Hess@troutman.com | 5/1/2026 4:37:20 PM | SENT |



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE