# EXHIBIT N

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **HARPER PARIS,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., MISSION LANE LLC, AND SOUTH EAST CLIENT SERVICES**<br><br>    **Defendants.** | **Civil Action No.:** 26-1486 |

## CONSENT TO REMOVAL

Without waiving any of its defenses or any other rights, Defendant South East Client Services, by and through its undersigned counsel, hereby consents to the removal of this action from the County Court at Law No. 1, Dallas County, Texas to the United States District Court for the Northern District of Texas. Removal of this action is proper for the reasons set forth in the Notice of Removal and Exhibits filed by co-Defendant Experian Information Solutions, Inc.

Date: May 8, 2026

> */s/ John H. Bedard, Jr.*
> John H. Bedard, Jr.
> 4855 River Green Parkway
> Suite 310
> Duluth Georgia 30096
> Telephone: (678) 253-1871
> jbedard@bedardlawgroup.com
> *On Behalf of Defendant, South East Client Services*

328879536