**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| HARPER PARIS, §<br>        *Plaintiff,*  §<br>  §<br>v.  §<br>  §<br>  §<br>EXPERIAN INFORMATION SOLUTIONS, §<br>INC. MISSION LANE LLC AND SOUTH §<br>EAST CLIENT SERVICES, §<br>        *Defendants*.  § | Civil Action No. 3:26-cv-01486-E-BN |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT Steven J. Owens and Erika Medina of Kasowitz LLP, hereby appear in the above-captioned case as attorneys on behalf of Experian Information Solutions, Inc., and request that all notices given or required to be given and all papers served in this case be delivered to and served upon them.

DATED: June 4, 2026                Respectfully submitted,

                KASOWITZ LLP

                By:      */s/ Steven J. Owens*
                    Steven J. Owens
                    Texas State Bar No. 24098212
                    NDTX Fed. Bar No. 24098212
                    SOwens@kasowitz.com
                    Erika Medina
                    Texas State Bar No. 24121006
                    NDTX Fed. Bar No. 24121006
                    EMedina@kasowitz.com
                    1415 Louisiana Street, Suite 2100
                    Houston, TX 77002
                    (713) 220-8800
                    (713) 222-0843 (fax)

                *Attorneys for Defendant
                Experian Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 4, 2026, I presented the foregoing document with the Clerk of

the Court using the CM/ECF system, which will send notification of such filing to all counsel of

record via transmission of Notices of Electronic Filing generated by CM/ECF or mail.  I further

certify that a true and correct copy of the foregoing document was served on Plaintiff, proceeding

*pro se*, via U.S.P.S. First-Class Mail and/or email to:

Harper Paris
1710 Keller Parkway 9602
Keller, Texas 76248

*/s/ Steven J. Owens*
Steven J. Owens