**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **HARPER PARIS,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **EXPERIAN INFORMATION SOLUTIONS,** | ) | **3:26-CV-01486-E BN** |
| **INC., MISSION LANE LLC, and SOUTH** | ) | |
| **EAST CLIENT SERVICES** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL**

Rachel B. Cash of Burr & Forman LLP, hereby provides notice of her appearance as additional counsel of record for Defendant, Mission Lane LLC ("Mission Lane"), in the above-styled action, reserving all rights and defenses to the claims raised by Plaintiff against it in this action, and requests that a copy of all future pleadings, correspondence and other communications be directed and served upon her by e-filing or by mail at the address shown below.

Respectfully submitted this 5th day of June, 2026,

/s/ Rachel B. Cash
Rachel B. Cash
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 244-5646
Email: rcash@burr.com
Secondary: jcarlin@burr.com

*Counsel for Defendant*
*Mission Lane LLC*

68279579 v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 5, 2026, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of the Court.

*/s/ Rachel B. Cash*
OF COUNSEL